IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01506-MSK-BNB

JULY L. PERU,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

---

**ORDER**

---

This matter is before me on the plaintiff's **Motion to File Without Payment of Filing Fee** [Doc. #8, filed 08/02/2010] (the "Motion"). The plaintiff paid her $350.00 filing fee upon initiation of this case [Doc. #1]. She now seeks a refund because she is "declaring Chapter 7 Bankruptcy and [is] destitute." The plaintiff does not provide any authority to support her request for a refund, and it appears that no such authority exists. See Golden v. Kaiser, 1 Fed. Appx. 841, 842 n. 1 (10th Cir. 1994). Accordingly,

IT IS ORDERED that the Motion is DENIED.

Dated August 20, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge