IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01506-MSK-BNB

JULY L. PERU,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Second Motion to File Without Payment of Filing Fee** [docket no. 17, filed September 24, 2010] (the "Motion").

     IT IS ORDERED that the Motion is DENIED.


DATED:  October 5, 2010