IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01506-MSK-BNB

JULY L. PERU,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Second Motion for Protective Order** [Doc. # 42, filed 2/23/2011]. I held a hearing on that motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

1.     The Second Motion for Protective Order [Doc. # 42] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to require the plaintiff, on or before **April 27, 2011**, to execute medical releases as requested by the defendant to allow the defendant to obtain medical records from those providers who may have relevant records or records that may lead to the discovery of admissible evidence. All documents obtained from medical providers shall be treated as confidential under a blanket protective order; and

• DENIED as moot in all other respects.

   2. On or before **April 22, 2011**, the defendant shall submit for my review a blanket protective order substantially in the form discussed in Gillard v. Boulder Valley School Dist. RE-2, 196 F.R.D. 382 (D. Colo. 2000), including ¶5 of the preferred form of protective order attached as an Appendix to the Gillard decision.  Id. at p. 388.

   3. The settlement conference set for April 27, 2011, at 1:30 p.m., is VACATED, to be reset at the request of the parties.

   Dated April 20, 2011.

               BY THE COURT:

                s/ Boyd N. Boland
               United States Magistrate Judge