IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01506-MSK-BNB

JULY L. PERU,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

_____

## ORDER

_____

This matter arises on the plaintiff's **Motion to Preserve Evidence** [Doc. #51, filed

04/22/2011] (the "Motion").  The Motion is DENIED.

The plaintiff requests:

> [A]n order directing the Defendant and all of Defendant's
> employees involved with this case or with the Complaint, to
> preserve and keep available and secure any and all notes, memos
> or communications, data compilations, recordings of any data or
> measurements and any other testing results, or statistical metrics,
> measured time tables, records and/or time logs, whether or not
> such information has been incorporated into any formal report or
> more presentable form.

*Motion*, p. 1.

The law imposes on litigants a duty to preserve evidence that is relevant to imminent or

ongoing litigation.  Cache La Poudre Feeds, LLC v. Land O'Lakes, Inc., 244 F.R.D. 614, 620

(D.Colo. 2007).  The plaintiff is requesting what the law already requires.

IT IS ORDERED that the Motion is DENIED as unnecessary.

Dated May 6, 2011.

BY THE COURT:

 s/ Boyd N. Boland               
United States Magistrate Judge