IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-01506-MSK-BNB | Date: November 21, 2011 |
| Courtroom Deputy: November 21, 2011 | FTR BNB COURTROOM A-401 |

JULY L. PERU,                                                                         Pro se

        Plaintiff(s),

v.

T-MOBILE USA, INC.,                                                           David Hammond

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:       2:07 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to compel production of documents [doc. #74; filed 9/7/11] is granted in part and denied in part as stated on the record.

**ORDERED:** Motion to compel answers to interrogatories [Doc.# 81; filed 9/19/11] is granted in part and denied in part as stated on the record.

**ORDERED:** Motion to compel answers to plaintiff's requests for admission [Doc. #82; filed 9/19/11] is granted in part and denied part as stated on the record.

Court in Recess:       2:54 p.m.       Hearing concluded.       Total time in Court: 00:47

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.