**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Nel Steffens                                          Date:  January 15, 2013
Court Reporter:         Terri Lindblom

Civil Action No. 10-cv-01506-MSK

*Parties*:                                                                                  *Counsel Appearing:*

JULY L. PERU,                                                                      *Pro Se*

        Plaintiff,

v.

T-MOBILE USA, INC.,                                                          David Hammond

        Defendant.

---

## COURTROOM MINUTES

HEARING:    Final Pretrial Conference.

**4:01 p.m.**        **Court in session.**

Parties are present.

Parties confirm that they have reached a settlement and are finalizing details.

**ORDER:**    Upon the representation that the parties have reached an agreement, this case is **CLOSED.**

**ORDER:**    Any trial in this matter is now **VACATED**.

**ORDER:**    **Defendant T-Mobile USA, Inc.'s Motion To Vacate Pretrial Conference** [#134] filed January 15, 2013, is **DENIED AS MOOT.**

**4:03 p.m.**        **Court in recess.**

**Total Time:    00:02
Hearing concluded.**